IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DANIEL RAY BROWN                                          PLAINTIFF

v.                  Civil No. 06-3035

DANNY HICKMAN, Sheriff, Boone
County, Arkansas; JASON DAY, Jail
Administrator, Boone County Detention
Center; JASON SILVA, Boone County
Detention Center; and JASON PHIFER,
Boone County Detention Center                       DEFENDANTS

**REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

Plaintiff filed this civil rights action on June 14, 2006. He proceeds pro se and in forma pauperis.

On August 16, 2006, the defendants filed a notice of plaintiff's intent to dismiss the case (Doc. 16). Attached to the notice was a letter defendants' counsel received from the plaintiff. In the letter, plaintiff states he wants to "stop and cancel the lawsuit as soon as possible." He indicates he is not quite sure what he needs to do.

It is clear plaintiff does not desire to proceed with this lawsuit. I therefore recommend that the plaintiff be allowed to voluntarily dismiss this case pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

**The parties have ten days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 17th day of August 2006.

                                                           /s/ Beverly Stites Jones
                                                           UNITED STATES MAGISTRATE JUDGE