```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                  HARRISON DIVISION
```

**DANIEL RAY BROWN**                                              **PLAINTIFF**

        v.        Civil No. 06-3035

**DANNY HICKMAN**, Sheriff, Boone
County, Arkansas; **JASON DAY**, Jail
Administrator, Boone County
Detention Center; **JASON SILVA**,
Boone County Detention Center; and
**JASON PHIFER**, Boon County Detention
Center                                                            **DEFENDANTS**

### O R D E R

Now on this 7th day of September, 2006, come on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #17), and plaintiff's **Objection To Defendants' Notice Of Plaintiff's Intent To Dismiss And Motion To Dismiss** (document #18), and the Court, having carefully reviewed said documents, finds that a miscommunication has apparently occurred as to plaintiff's intentions about going forward with his suit. Defendants were given to understand, by a letter they received from plaintiff, that he intended to dismiss his suit. Plaintiff states in his Objections that he does not desire to dismiss. For that reason, the Court finds that the Report And Recommendation should not be adopted, and that this matter should be remanded to the Magistrate Judge for further handling.

    **IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **not adopted**.

**IT IS FURTHER ORDERED** that this matter is **remanded** to the Magistrate Judge for further handling.

**IT IS SO ORDERED.**

                                                                         /s/ Jimm Larry Hendren  
                                                                         **JIMM LARRY HENDREN**  
                                                                         **UNITED STATES DISTRICT JUDGE**