IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DANIEL RAY BROWN                                                  PLAINTIFF

            v.                 Civil No. 06-3035

DANNY HICKMAN, Sheriff, Boone
County, Arkansas; JASON DAY, Jail
Administrator, Boone County Detention
Center; JASON SILVA, Boone County
Detention Center; and JASON PHIFER,
Boone County Detention Center                              DEFENDANTS

**ORDER**

As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before **November 30, 2006**. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 27th day of September 2006.

                                                         /s/ Beverly Stites Jones
                                                         UNITED STATES MAGISTRATE JUDGE