IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DANIEL RAY BROWN                                                 PLAINTIFF

                   v.                      Civil No. 06-3035

DANNY HICKMAN, Sheriff, Boone
County, Arkansas; JASON DAY, Jail
Administrator, Boone County Detention
Center; JASON SILVA, Boone County
Detention Center; and JASON PHIFER,
Boone County Detention Center                              DEFENDANTS

**ORDER**

On April 5, 2007, the plaintiff filed a motion asking the court to issue an order compelling discovery responses from the defendants (Doc. 29). Plaintiff indicates he mailed defendants his motion for production of documents on January 30, 2007, and received defendants' responses on March 23, 2007. Plaintiff contends the responses are unsatisfactory. In particular, plaintiff contends defendants failed to produce the following: a copy of the jail rules; a copy of the jail maintenance logs from 4/29/2006, through 11/14/2006; copies of jail incident logs regarding the use of spray and tasers involving inmates other than the plaintiff dated from 4/29/2006, through 11/14/2006; and Jason Phifer's work jacket/folder containing disciplinary action taken and any reprimands and/or suspensions.

Defendants responded to the motion (Doc. 30). They state they received interrogatories, requests for production of documents and requests for admission from the plaintiff on February 5, 2007. On March 6, 2007, defendants indicate they forwarded their discovery responses to the plaintiff. On April 16, 2007, defendants state they supplemented their responses. Defendants maintain the plaintiff's motion to compel is moot.

The supplement discovery responses included a copy of the jail rules, the requested incident reports, and a copy of Phifer's work jacket/folder. With respect to the maintenance logs, defendants have indicated it does not maintain a "maintenance log." The court cannot make the defendants produce what does not exist. It appears from defendants' response that the defendants have now produced all other information responsive to plaintiff's requests. Accordingly, the plaintiff's request for a court order (Doc. 29) or motion to compel is denied.

IT IS SO ORDERED this 8th day of May 2007

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE