IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DANIEL RAY BROWN                                                    PLAINTIFF

            v.                    Civil No. 06-3035

DANNY HICKMAN, Sheriff, Boone
County, Arkansas; JASON DAY, Jail
Administrator, Boone County Detention
Center; JASON SILVA, Boone County
Detention Center; and JASON PHIFER,
Boone County Detention Center                                     DEFENDANTS

**O R D E R**

        The defendants have filed a motion for summary judgment (Doc. 23).  Plaintiff filed a

response to the summary judgment motion (Doc. 31).  However, the court believes it needs

additional information.  For this reason, to assist plaintiff in responding to the summary

judgment motion, the undersigned is propounding a questionnaire.  The court will consider

plaintiff's response to the questionnaire, along with his original response (Doc. 31), in issuing

a report and recommendation on the summary judgment motion.

        For this reason, Daniel Ray Brown is hereby directed to complete, sign, and return the

attached response to defendants' summary judgment motion on or before **June 25, 2007**.

**Plaintiff's failure to respond within the required period of time may subject this matter to**

**dismissal for failure to comply with a court order.**

        IT IS SO ORDERED this 29th day of May 2007.

                                        /s/ *J. Marschewski*
                                        _____
                                        HON. JAMES R. MARSCHEWSKI
                                        UNITED STATES MAGISTRATE JUDGE

-1-

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION


DANIEL RAY BROWN                                                    PLAINTIFF

                v.                    Civil No. 06-3035

DANNY HICKMAN, Sheriff, Boone
County, Arkansas; JASON DAY, Jail
Administrator, Boone County Detention
Center; JASON SILVA, Boone County
Detention Center; and JASON PHIFER,
Boone County Detention Center                                      DEFENDANTS


**RESPONSE TO SUMMARY JUDGMENT MOTION**

TO:  DANIEL RAY BROWN

        These questions and answers will serve as your response to defendants' motion for

summary judgment.  You may use additional sheets of paper in responding to these questions.

You must file this response by **June 25, 2007.**

        1.  You were booked into the Boone County Jail on March 22, 2006, on the following

charges:  fleeing; revocation of a suspended sentence; possession of methamphetamine with

intent to deliver; felon in possession of a firearm; possession of drug paraphernalia; no

vehicle license; and simultaneous possession of drugs and firearms.

        Agree_____ Disagree_____Without knowledge to agree or disagree_____.

        If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4.


_____

_____


-2-

AO72A
(Rev. 8/82)

_____

_____

2. On April 22, 2006, you submitted a grievance. You stated you understood that the use of the phones in your cells was a privilege and not a right but that Jailor Phifer seemed to have a problem with giving you "a right to this privilege."

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to Plaintiff's Exhibit 1 at page 1.

**Note the court will refer to the documents the plaintiff submitted as an exhibit with his original response to the defendants' summary judgment motion as Plaintiff's Exhibit 1. This exhibit contains seven pages.**

_____

_____

_____

_____

3. You stated Phifer also had a problem with forgetting the televisions every Saturday and Sunday. You stated he sometimes did not turn them on until lunch. You indicated he only did jail checks once or twice on the weekends. You stated these things were becoming frustrating.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to Plaintiff's Exhibit 1 at page 1.

_____

_____

-3-

_____

_____

4.   In response, you were told you were correct the telephones and televisions were privileges.  You were told the televisions had just been placed back in the jail after having been pulled for a month.  If the televisions became an issue again, you were told they would be removed.  As far as jail checks were concerned, you were told that would be looked into.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Plaintiff's Exhibit 1 at page 1.

_____

_____

_____

_____

5.   On April 26, 2006, you stated you had not had an attorney visit and your public defender would not communicate with you.  Jason Day responded that your legal concerns were between you and your attorney and that when you went to court you should inform the judge of your concerns or write the judge a letter.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

-4-

6.  You complained on April 28, 2006, that you had placed a call costing $7.40 to Mr. Pasthing's office which was accepted by his secretary.  You then found out that Pasthing's secretary was married to an Arkansas State Trooper and you felt betrayed and that your civil rights were violated.

Agree_____  Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

7.  Was Mr. Pasthing your attorney?

Answer:  Yes _____ No _____.

If you answered no, please explain who Mr. Pasthing was.

_____

_____

_____

_____

8.  You asked for and were provided with a form to file a civil rights action under 42 U.S.C. § 1983.

Agree_____  Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

-5-

_____

_____

_____

9(A).  On April 28, 2006, you complained that you had been threatened by Drug Task Force Coordinator Greg Harris.  Day responded by asking you what exactly you wanted him to do.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

(B).  Please explain in detail:  (a) how you were threatened; (b) where you were when this occurred; and (c) who was present when this occurred.

Answer:

_____

_____

_____

_____

_____

_____

_____

-6-

_____

10.  On April 29, 2006, you submitted a grievance indicting that Phifer had a personal

grudge against you and was retaliating against you for a prior grievance you submitted about

his conduct.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 1 at page

1.

_____

_____

_____

_____

11.  You indicated that the toilet in cell 7 overflowed at about 11:30 a.m. that day

spilling water, fecal matter, and filthy bacteria on the cell floor.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 1 at page

1.

_____

_____

_____

_____

_____

12.  You indicated that during his next jail check at 1:00 p.m., you told Phifer about

-7-

**AO72A**
**(Rev. 8/82)**

the overflow and he left and did nothing about it.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 1 at page

2.

_____

_____

_____

_____

_____

13(A).  At some time after 3:30 p.m., you indicate concerned inmates sought the

attention of the jailor.  You state Phifer came to the cell with a "red face, obviously angry"

and asked you if you were yelling.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 1 at page

2.

_____

_____

_____

_____

(B).  Please explain what method the inmates were using to get the jailor's attention.

Answer:

_____

-8-

_____

_____

_____

14.  You told him no but asked if a trustee could bring a mop.  You indicate Phifer

said the trustees could not be allowed out until after 4:00 p.m.  You also indicate Phifer

refused to bring a mop bucket or a plunger.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

2.

_____

_____

_____

_____

15.  You complained that you had nothing to do with the clog.  You indicated that you

had to stick your hand into the toilet to clear the clog.  You also stated that you and the other

inmates had to eat lunch with the filthy mess on the floor.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1at page 2.

_____

_____

_____

_____

AO72A
(Rev. 8/82)

16.  Phifer submitted an incident report on April 29th stating that he had reviewed the video.  Phifer noted that at 1017 hours you appeared to place an object in the commode.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 4.

_____

_____

_____

_____

17.  At 1122, Phifer indicated you appeared to remove the object that looked like a cup from the commode.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2 at page 4.

_____

_____

_____

_____

18.  Phifer reported that you then advised him that the commode had overflowed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2 at page 4.

_____

_____

_____

_____

19.  Inmate John Williams told Phifer that someone, who he was not going to name, stopped up the commode purposefully.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2 at page 4.

_____

_____

_____

_____

20(A).  Phifer looked into the cell and saw only a small amount of water on the floor.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2 at page 4.

_____

_____

_____

_____

(B).  Describe the condition of the cell following the overflow (how much water was

-11-

on the floor, how much of the floor was covered, etc.).

_____

_____

_____

_____

_____

_____

_____

_____

(C).  Did you suffer any physical injury as a result of remaining in the cell for four hours after the toilet had overflowed?

Answer:  Yes _____ No _____.

If you answered yes, please describe:  (a) the physical injuries you suffered; (b) the symptoms you experienced; (c) the severity of those symptoms; (d) whether you sought, or received, medical care as a result of those injuries; and (e) how long it took you to recover.

_____

_____

_____

_____

_____

_____

_____

-12-

_____

_____

_____

_____

_____

_____

_____

_____

_____

21.  When Officer Silva came on duty, you, Charles Bailey, and Smokey McDonald were moved out of cell 7 and into cell 4.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2 at page 4.

_____

_____

_____

_____

22.   All inmates, including you, were advised that if the commode overflowed again due to debris they would be charged.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2 at page

-13-

4.

_____

_____

_____

_____

23.  On April 30, 2006, John Williams submitted a grievance stating that you wanted to cause problems because you did not like Phifer because of the telephones.  Williams indicated that you had placed a cup in the toilet of cell 7 on April 29th to make it overflow and took it out an hour later.  Williams stated Phifer was always by the book.  Williams indicated that he had no problems with anyone and everyone could get along if you would shut your loud mouth.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 3.

_____

_____

_____

_____

24.  You complained on May 2, 2006, that you had not received the § 1983 forms that you had been requesting regarding your April 29th grievance.  You stated the damage was done and you needed compensation for the incident.  You stated the flooded cell should not have been allowed to remain that way for 4 ½ hours and you should not have been required to unclog it with your bare hands.

-14-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Plaintiff's Exhibit 1 at page 2.

_____

_____

_____

_____

25.  Day responded by giving you a § 1983 form on May 7th.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Plaintiff's Exhibit 1 at page 2.

_____

_____

_____

_____

26.  On May 21st you submitted a grievance complaining that your request for copies of all your grievances was ignored.  Further you stated you wanted three sets of § 1983 forms. You also asked that you be removed from your cell to be spoken with concerning lawsuits and/or your medical/mental appointments.  You stated personal scolding was not needed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Plaintiff's Exhibit 1 at page 3.

_____

_____

_____

-15-

_____

27.  In response, you were told they would be glad to give you copies of all your grievances.  You were also be told that you would be given a § 1983 form again after you gave them the other one back.  Finally, you were told you would be treated with respect so long as you were respectful yourself which you had not been.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Plaintiff's Exhibit 1at page 3.


_____

_____

_____

_____

28.  On May 21st you submitted a grievance stated that you were pulled out of your cell for a random search.  You indicate you voiced displeasure over a strip search and were taken to the drunk tank by Sgt. Silva.  You indicate he left and you yelled because he had forgotten to strip search you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Plaintiff's Exhibit 1 at page 4.


_____

_____

_____

_____

-16-

29.   You indicate Silva returned and told you angrily that you had been causing the jailors trouble.  You assert Silva left saying that if you made noise or yelled one more time you would be pepper sprayed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Plaintiff's Exhibit 1 at page 4.

_____

_____

_____

_____

30. You state you saw there was urine on the drain.  For this reason, you indicate you sought Silva's attention.  You indicate Silva opened the door and sprayed you in the face.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Plaintiff's Exhibit 1 at page 4.

_____

_____

_____

_____

31.   In response, Day stated you were kicking the door and yelling and had been warned three times.  Day stated he was in the hall and the application of pepper spray was necessary and did stop your violent nature.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining please refer to Plaintiff's Exhibit 1 at page 4.

-17-

_____

_____

_____

_____

32(A).  Please indicate how you got Silva's attention after he left the drunk tank.

Answer:

_____

_____

_____

_____

(B).  Did you yell and kick the cell door?

Answer:  Yes _____ No _____.

_____

_____

_____

_____

(C).  Did you suffer any physical injury as a result of the application of the pepper

spray?

Answer:  Yes _____ No _____.

If you answered yes, please describe:  (a) the physical injuries you suffered; (b) the

symptoms you experienced; (c) the severity of those symptoms; (d) whether you sought, or

received, any medical treatment as a result of the injuries; and (e) how long it took you to

-18-

recover from the injuries.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(D).  Were you allowed to wash the spray off following its administration?

Answer:  Yes _____ No _____.

If you answered yes, please state:  (a) the time you were sprayed; (b) the time you were allowed to clean up; and (c) how you were allowed to clean up.

_____

-19-

_____

_____

_____

33(A).  On May 21st you submitted a grievance stating that Christopher Helms had staph infection.  You indicate he had been in your cell, #7, the weekend before and on May 15th the toilet had broken before Helms could flush it during shower call.  You state the problem was not fixed and you remained in the cell until 22 hours later when you were moved.  You maintain this was in reprisal.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Plaintiff's Exhibit 1 at page 5.

_____

_____

_____

_____

(B).  Please explain what you mean by "reprisal" and who you believe was responsible.

Answer:

_____

_____

_____

_____

_____

-20-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(C).  In response, you were told that the plumber had been called and you were moved out of the cell.  You were also asked how you knew Helms had staph infection.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Plaintiff's Exhibit 1 at page 5.

_____

_____

_____

_____

(D).  Please indicate what made you think Helms had staph infection.

Answer:

_____

_____

-21-

_____

_____

34. On May 26, 2006, you complained that you had not received commissary in three weeks and that in order to file a lawsuit you needed paper, envelopes, and stamps.  Day responded that you were given paper and envelopes.  He told you to seal the envelope and then the jail would put the proper postage on the envelope.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page 6.

_____

_____

_____

35.  On June 11, 2006, you complained that your family was attempting to raise bond money and you needed to make phone calls.  You were allowed to use the phone the following day.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page 4.

_____

_____

_____

36(A). On June 13, 2006, you complained that you had been lied to about seeing a

-22-

psychiatrist.  You complained that you were suffering and that jail personnel were aware of your anxiety disorder.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page 5.

_____

_____

_____

(B).  You indicate you have no need to see Dr. Mayo.  Please explain who Dr. Mayo is.

_____

_____

_____

_____

37(A).  In response, you were told you were on the waiting list and that you had been scheduled an appointment for June 15, 2006, but the O.C.S. cancelled the appointment and the jail had no control over when O.C.S. saw you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

-23-

(B).  What is O.C.S.?

Answer:

_____

_____

_____

_____

(C).  Were you being sent for a court ordered evaluation?

Answer:  Yes _____ No _____.

If you answered no, please state how you received an appointment at O.C.S.

_____

_____

_____

_____

38.  You appealed the grievance and were again told that O.C.S. had cancelled the

appointment and that the jail would take you when O.C.S. called for you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2 at page

3.

_____

_____

_____

39.  On June 16, 2006, you submitted a grievance stating that you believed the

-24-

grievance procedure at the jail was ineffective.  You stated that your grievances were only answered part of the time.  You indicated you had requested three copies of § 1983 forms, had been denied medical treatment, and had been lied to.  You stated you suffered from paranoia and anxiety.  You asked for six copies of § 1983 forms.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 1 at page 3.

_____

_____

_____

40.  Day responded that you were given six copies of § 1983 forms that days.  They were also going to fax your medical request to the doctor's office.  Day asked what you had been lied about and when you believed you were denied medical treatment and by whom.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 1 at page 3.

_____

_____

_____

41.  Day noted that Silva had given you copies of all your grievances but said that they would give you copies once again.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-25-

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 1 at page 4.

_____

_____

_____

42.   Did you receive the § 1983 forms and copies of your grievances?

Answer:  Yes _____ No _____.

If you answered no, explain your answer.

_____

_____

_____

43.  Please explain when you were denied medical treatment, for what condition, and why you had not previously submitted a grievance or request for medical treatment.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

-26-

44.  You filed this civil rights lawsuit on June 14, 2006.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

45.  On July 24, 2006, Day informed you that your lawsuit had been received by jail officials and for your benefit and the benefit of detention center officers the case would not be discussed.  You then told Day you were willing to work out a deal if they would have their attorneys contact you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2 at page 1.

_____

_____

_____

_____

46.  On August 3, 2006, you submitted a grievance asking that the mail log be checked for three letters you mailed to Congressman John Boozman in early May through June of 2006.  In response, you were told the mail log would be checked.

-27-

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Plaintiff's Exhibit 1 at page 6.

_____

_____

_____

_____

47.  On August 16, 2006, you submitted a grievance complaining that you had been lied to and you still had not been to O.C.S. despite having been told your June 15th appointment had been rescheduled.  You also stated you had been on medication before and may need it again.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Plaintiff's Exhibit 1 at page 7.

_____

_____

_____

_____

48.  In response, Day stated that O.C.S. had cancelled the appointment and had rescheduled you.  Day also stated that the doctor would not provide you with the medication that O.C.S. prescribed.  Day said they could only take you to O.C.S. when they told them to. He said you were not the only one on the waiting list.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Plaintiff's Exhibit 1at page 7.

-28-

_____

_____

_____

_____

49.  On September 21, 2006, Brad Tramell and Silva went to do a cell check on cell 8.

You were in cell 8 at the time.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2 at page

2.

_____

_____

_____

_____

50.  You were taken to the drunk tank so a physical search could be done.  You were

acting in a combative manner so you were taken to an isolation tank.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2 at page

2.

_____

_____

_____

_____

-29-

51.  You were told to be quiet while the search was performed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2 at page

2.

_____

_____

_____

_____

52.  When Tramell and Silva returned to the cell, they heard you yelling, screaming,

and using foul language.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

2.

_____

_____

_____

_____

53.  You were warned three times to be quiet.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2 at page

2.

_____

AO72A
(Rev. 8/82)

_____

_____

_____

54. On the fourth time, Silva then sprayed you with a one second burst of oc pepper foam.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2 at page 2.

_____

_____

_____

_____

55(A). You were taken out to the sally port for decontamination and then taken to the shower for decontamination.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2 at page 2.

_____

_____

_____

_____

(B). Did you suffer any physical injury as a result of the application of the pepper

-31-

spray?

      Answer:  Yes _____ No _____.

      If you answered yes, please describe:  (a) the physical injuries you suffered; (b) the symptoms you experienced; (c) the severity of those symptoms; (d) whether you sought, or received, medical care as a result of those injuries; and (e) how long it took you to recover.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

      56.  After you were allowed to shower, Tramell and Silva returned to finish the cell

search.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 2 at page

2.

_____

_____

_____

_____

57(A).  You do not mention any actions taken by Sheriff Hickman in any of your

grievances.  Was Sheriff Hickman personally involved in any of the incidents during which

you contend your federal constitutional rights were violated?

Answer:  Yes _____ No _____.

If you answered no, please explain why you believe he is liable for the alleged

constitutional violations.

_____

_____

_____

_____

_____

_____

_____

_____

-33-

_____

_____

_____

_____

      (B).  Did you personally speak to, or communicate with, Sheriff Hickman during your

incarceration at the Boone County Jail?

      Answer:  Yes _____ No _____.

      If you answered no, please state why you believe he should be held liable for the

alleged constitutional violations.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

      58.   Please explain in detail how you believe Jason Day violated your federal

-34-

constitutional rights.

      Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

59.  Please explain in detail how you believe Jason Silva violated your federal

constitutional rights.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-36-

_____

_____

_____

_____

_____

     60.  Please explain in detail how you believe Jason Phifer violated your federal

constitutional rights.

     Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-37-

_____

_____

     61.   You remained incarcerated at the Boone County Jail until your transfer to the

Arkansas Department of Correction (ADC) on November 14, 2006.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.

_____

_____

_____

_____

     Detail below any further response you would like to make to defendants' summary

judgment motion.  If you have any exhibits you would like the court to consider, you may

attach them to this response.

_____

_____

_____

_____

_____

_____

_____

_____

_____

-38-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-39-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

        I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS

TRUE AND CORRECT.

        EXECUTED ON THIS _____ DAY OF _____ 2007.


                        _____
                                DANIEL RAY BROWN



-40-