IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DANIEL RAY BROWN                                           PLAINTIFF

           v.                Civil No. 06-3035

DANNY HICKMAN, Sheriff, Boone
County, Arkansas; JASON DAY, Jail
Administrator, Boone County
Detention Center; JASON SILVA,
Boone County Detention Center; and
JASON PHIFER, Boone County Detention
Center                                                     DEFENDANTS

### O R D E R

Now on this 25th day of September, 2007, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #36), and plaintiff's **Objection To Report And Recommendation Of The Magistrate Judge** (document #37), and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

Plaintiff's Objections amount to little more than speculation about the conduct and motivation of Sheriff Danny Hickman and Jail Administrator Jason Day, none of which is sufficient to create a genuine issue of material fact on any of the claims against those defendants which the Magistrate Judge recommends should be dismissed.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto*.**

**IT IS FURTHER ORDERED** that plaintiff's objections to the **Report And Recommendation Of The Magistrate Judge** are **overruled.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, defendants' **Motion For Summary Judgment** (document #23) is **granted in part and denied in part.**

The motion is **granted** in favor of all defendants on plaintiff's claims that he was subjected to unconstitutional conditions of confinement; that the grievance procedure at Boone County Detention Center was inadequate; and that he was denied adequate medical care, and those claims are hereby **dismissed with prejudice.**

The motion is also **granted** in favor of Sheriff Danny Hickman on all claims, and plaintiff's claims against Sheriff Danny Hickman are hereby **dismissed with prejudice.**

The motion is **denied** in all other respects, and plaintiff's claims of retaliation as against defendants Jason Phifer and Jason Silva, and of excessive force as against defendants Jason Day and Jason Silva, are hereby **remanded** to the Magistrate Judge for further proceedings.

**IT IS SO ORDERED.**

      **/s/ Jimm Larry Hendren**
      **JIMM LARRY HENDREN**
      **UNITED STATES DISTRICT JUDGE**