IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DANIEL RAY BROWN                                                  PLAINTIFF

             v.                     Civil No. 06-3035

JASON DAY, Jail Administrator,
Boone County Detention Center;
JASON SILVA, Boone County
Detention Center; and JASON PHIFER,
Boone County Detention Center                          DEFENDANTS

**ORDER**

        On November 26, 2007, the plaintiff filed his second motion for a jury trial (Doc. 47). He points out he was incarcerated when he filed the complaint and when defendants answered. He states the facility he was incarcerated at had no law library. He therefore states he had no idea he had to demand a jury trial within a specific period of time.

        Courts have rejected the argument that an untimely demand for a jury trial should be excused because the plaintiff "filed his complaint *pro se* and was unaware of the requirements of [Federal Rule of Civil Procedure 38(b)." For instance, in *Zivokovic v. Southern California Edison, Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002), the court stated that "Zivokovic's good faith mistake as to the deadline for demanding a jury trial establishes no more than inadvertence, which is not a sufficient basis to grant relief from an untimely jury demand." *See also King v. Patterson*, 999 F.2d 351 (8th Cir. 1993)(request for jury trial brought by inmate against prison officials was out of time and waived where demand came fourteen days after officials' answer).

        The motion for a jury trial (Doc. 47) is denied.

        IT IS SO ORDERED this 7th day of January 2008.

                                                             /s/ *J. Marschewski*
                                                   HON. JAMES R. MARSCHEWSKI
                                                   UNITED STATES MAGISTRATE JUDGE