IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DANIEL RAY BROWN                                                                               PLAINTIFF

        v.                              Civil No. 06-3035

JASON DAY, Jail Administrator,
Boone County Detention Center;
JASON SILVA, Boone County
Detention Center; and JASON PHIFER,
Boone County Detention Center                                                               DEFENDANTS

## **ORDER**

      By notice dated November 18, 2007, this case was scheduled for an evidentiary hearing on April 1, 2008 (Doc. 43). A scheduling order was issued that same day (Doc. 44). Plaintiff failed to file his response to the scheduling order. The undersigned is recommending that this action be dismissed based on plaintiff's failure to respond to the scheduling order and his failure to respond to a show cause order issued on March 7th (Doc. 52).

      For this reason, the evidentiary hearing scheduled for April 1, 2008, is canceled.

      IT IS SO ORDERED this 19th day of March 2008

                                        /s/ *J. Marschewski*
                                        HON. JAMES R. MARSCHEWSKI
                                        UNITED STATES MAGISTRATE JUDGE