**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION**

**DANIEL RAY BROWN**                                                        **PLAINTIFF**

**v.**                           **Civil No. 06-3035**

**JASON DAY, Jail Administrator,
Boone County Detention Center;
JASON SILVA, Boone County
Detention Center; and JASON PHIFER,
Boone County Detention Center**                       **DEFENDANTS**

### O R D E R

Now on this 24th day of April, 2008, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #53, filed March 19, 2008), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Complaint is hereby **dismissed**.

**IT IS SO ORDERED.**

                                                                   **/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**